**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000564**
**14-OCT-2025**
**08:10 AM**
**Dkt. 93 OAWST**

NO. CAAP-23-0000564


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


ARASH AGAH; RODELIA AGAH, CLAIRE AUSTIN; DOMINIC A. DETAR;
STEPHANIE A. DETAR, MICHAEL A. MCGINLEY; MICHELE
RODGAARD-MCGINLEY, Plaintiffs-Appellants,
v.
BANK OF AMERICA, N.A.,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.,
MARYUH, LLC, JUDITH A. TEEPLE, LOANDEPOT.COM, LLC,
EPG KBR FEE OWNER, LLC; PFP V SUB VIII, LLC; PFP HOLDING COMPANY
V, LLC, RYAN S. BANIAGA; KATHY H. BANIAGA; WELLS FARGO BANK
N.A., Defendants-Appellees,
and
DOE DEFENDANTS 1-50, Defendants.

RICHARD J. RAPOZO, Third-Party Plaintiff-Appellee,
v. FEDERAL HOME LOAN MORTGAGE CORPORATION, Third-Party
Defendant-Appellee.


APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 5CC191000071)

ORDER APPROVING STIPULATION TO DISMISS APPEAL WITH PREJUDICE
(By:  Nakasone, Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the "Stipulation for Dismissal with Prejudice of Appeal" (**Stipulation**), filed on October 9, 2025, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs associated with this appeal; and (3) the Stipulation has been signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs in this appeal.

DATED:  Honolulu, Hawaiʻi, October 14, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge